UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD T. BRIGGS III, on behalf of himself, all other aggrieved employees pursuant to the California Labor Code Private Attorneys General Act of 2004, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OS RESTAURANT SERVICES, LLC, a Florida limited liability company; BLOOMIN' BRANDS, INC., a Florida corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:18-cv-8457 JAK (AFMx)<br><br>**JUDGMENT** |

     Pursuant to Plaintiff LLOYD T. BRIGGS III's ("Plaintiff Briggs") acceptance of Defendants OS RESTAURANT SERVICES, LLC's and BLOOMIN' BRANDS, INC.'s ("Defendants") Rule 68 of the Federal Rules of Civil Procedure and California Code of Civil Procedure section 998 Offer of Judgment (Dkts. 136, 137), **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Briggs in the action entitled, Lloyd T. Briggs III v. OS Restaurant Services, LLC, Bloomin' Brands, Inc. et al., 2:18-cv-08457-JAK-AFM.

     Pursuant to this Judgment, Defendants shall pay Plaintiff Briggs $25,000.00, plus the reasonable attorneys' fees and costs Plaintiff Briggs incurred in relation to his individual claims through January 25, 2022, the amount of which shall be determined by the Court on a Motion to be filed by no later than March 24, 2022 (Dkt. 135). Defendants shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 10, 2022

John A. Kronstadt
United States District Judge