ALLEN FELAHY (Cal. Bar No. 190177)
afelahy@felahylaw.com
FARBOD NOURIAN (Cal. Bar No. 306145)
fnourian@felahylaw.com
**FELAHY EMPLOYMENT LAWYERS**
550 South Hope Street, Suite 2655
Los Angeles, California 90071
Telephone: (323) 645-5197
Facsimile: (323) 645-5198

Attorneys for Plaintiff LLOYD T. BRIGGS III

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD T. BRIGGS III, on behalf of himself, all other aggrieved employees pursuant to the California Labor Code Private Attorneys General Act of 2004, and all others similarly situated,<br><br>Plaintiff;<br><br>v.<br><br>OS RESTAURANT SERVICES, LLC, a Florida limited liability company; BLOOMIN' BRANDS, INC., a Florida corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:18-cv-08457-JAK-AFM<br><br>HON. JOHN A. KRONSTADT COURTROOM 10B<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:  August 22, 2018<br>Removed:  October 1, 2018 |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE**, pursuant to Central District Local Rule 16-15.7, Plaintiff Lloyd T. Briggs III ("Plaintiff") and Defendants OS Restaurant Services, LLC and Bloomin' Brands, Inc. ("Defendants"), by and through their respective counsel, have reached a settlement in this matter such that the entirety of the action is resolved.

On January 25, 2022, Defendants made a Rule 68 Offer to have judgment entered in favor of Plaintiff on all of his claims; and Plaintiff timely accepted Defendants' Offer on February 7, 2022. (DKT. 136, 137). Judgment was thereafter entered in favor of Plaintiff on March 10, 2022. (DKT. 139.) On March 23, 2022, Plaintiff filed his Motion for Attorneys' Fees and Costs (DKT. 140); and on April 13, 2022, Defendants filed their Opposition to Plaintiff's Motion for Attorney's Fees and Costs. (DKT. 145.) The hearing on Plaintiff's Motion for Attorneys' Fees and Costs has been confirmed for September 19, 2022. (DKT. 151.) The parties have now reached a settlement as to Plaintiff's Attorneys' Fees and Costs such that the entirety of the action is resolved.

Pending the occurrence of certain conditions precedent, the parties expect to file a notice of dismissal no later than November 17, 2022.

Dated: September 18, 2022

Respectfully submitted,
FELAHY EMPLOYMENT LAWYERS

By: *Allen Felahy*
ALLEN FELAHY
FARBOD NOURIAN
Attorneys for Plaintiff Lloyd T. Briggs III

ALLEN FELAHY (Cal. Bar No. 190177)
*afelahy@felahylaw.com*
FARBOD NOURIAN (Cal. Bar. No. 306145)
*fnourian@felahylaw.com*
**FELAHY EMPLOYMENT LAWYERS**
550 South Hope Street, Suite 2655
Los Angeles, California 90071
Telephone: (323) 645-5197
Facsimile:  (323) 645-5198

Attorneys for Plaintiff
LLOYD T. BRIGGS III

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD T. BRIGGS III, on behalf of himself, all other aggrieved employees pursuant to the California Labor Code Private Attorneys General Act of 2004, and all others similarly situated,<br><br>    Plaintiff;<br><br>    v.<br><br>OS RESTAURANT SERVICES, LLC, a Florida limited liability company; BLOOMIN' BRANDS, INC., a Florida corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-08457-JAK-AFM<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 550 S. Hope Street, Suite 2655, Los Angeles, California 90071, which is located in the county where the service described below occurred.

On September 18, 2022, I served a true copy of this Proof of Service together with a true copy of the following document(s) described as:

## NOTICE OF SETTLEMENT

on the interested parties in this action as follows:
James M Peterson
Kyle W. Nageotte
**Higgs Fletcher and Mack LLP**
401 West A Street Suite 2600
San Diego, CA 92101-7913
*peterson@higgslaw.com*
*nageottek@higgslaw.com*
*(Counsel for Defendants)*

[X] **(CM/ECF SYSTEM)** With the Clerk of the United States District Court of Central District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties/counsel of record who are registered with the Court's CM/ECF System, as listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 18, 2022, at Los Angeles, California.

*Farbod Nourian*
FARBOD NOURIAN